UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) <br> (DROSPIRENONE) MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Emma Allmond v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10831-DRH |
| *Jo Ann Gallagher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12976-DRH |
| *Jessica T. Grozine v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11399-DRH |
| *Molly Kronemeyer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11393-DRH |
| *Orazia Sepero v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10190-DRH |
| *Vanessa VanBrunt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11702-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 18, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

          **JUSTINE FLANAGAN,**
          **ACTING CLERK OF COURT**

          BY:  */s/Caitlin Fischer*
          **Deputy Clerk**

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.03.19 09:02:05 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT